377 A.2d 178

Commonwealth v. Loney, Appellant.

Submitted June 14, 1976. David Zwanetz, for appellant; Arnold L. New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.